DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McCLEES

No. 82P93

Case below: 108 N.C.App. 648

Petition by defendant for writ of supersedeas and temporary stay denied 11 March 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

STATE v. MORRELL

No. 57P93

Case below: 108 N.C.App. 465

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 March 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 11 March 1993.

STATE v. WILLIS

No. 104P93

Case below: 109 N.C. App. 184

Petition by Attorney General for temporary stay allowed 22 March 1993.

STATE EX REL. COMR. OF INS. v. N.C. RATE BUREAU

No. 266PA91

Case below: 102 N.C.App. 824
           329 N.C. 504
           330 N.C. 122

Motion by all parties to stay further consideration pending settlement negotiations allowed 5 March 1993. The parties are given 30 days to settle the case or notify the Court that it cannot be settled.